THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CASPERSON *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>ETHICON, INC. *et al.*,<br><br>             Defendants. | CASE NO. C20-0112-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' second motion for leave to file supplemental summary judgment briefing (Dkt. No. 77). This follows a prior order (Dkt. No. 76) denying, without prejudice, Defendants' first motion to file supplementary summary judgment briefing (Dkt. No. 69). Defendants now move for leave to file a supplemental summary judgment motion as described in their briefing. (*See* Dkt. No. 78-1.)

Resolution of all legal issues before trial serves the interests of judicial economy. Moreover, the issues raised in Defendants' proposed supplemental summary judgment motion are potentially dispositive in this matter and Plaintiffs would not be prejudiced by the Court's consideration of Defendants' proposed motion.

Therefore, the Court GRANTS Defendants' motion seeking leave (Dkt. No. 77). Defendants may file their proposed motion (Dkt. No. 78-1) without material changes no later than October 15, 2020. The motion should be noted in accordance with the Court's local rules.

DATED this 30th day of September 2020.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE